**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-cr-00047-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DONALD T. PADEN,

      Defendant.

**ORDER CONTINUING SUPERVISED RELEASE
AND VACATING VIOLATION HEARING**

THIS MATTER is before the Court on request by the probation officer to vacate the supervised release violation proceedings in this case. The Court, having been advised of the facts and premises in the above case, hereby

ORDERS that the petition for violation of supervised release, dated March 9, 2009, is dismissed and that the defendant is continued on supervised release with all previously imposed conditions in full force and effect. The Court

FURTHER ORDERS that the violation hearing scheduled for Wednesday, September 23, 2009, at 9:00 a.m., is vacated.

DATED at Denver, Colorado, this 8th day of September, 2009.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge