**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00047-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DONALD T. PADEN,

      Defendant.

---

**MINUTE ORDER**[1]

---

      Per telephonic request of counsel, and by agreement of all, a Hearing on Violations of Supervised Release is set for **January 29, 2010**, at 9:30 a.m., at which time counsel and the defendant shall appear without further notice or order.

      Dated:  December 29, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.