**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00047-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DONALD T. PADEN,

    Defendant.

## MINUTE ORDER[1]

On January 29, 2010, counsel appeared in chambers to reset the supervised release violations hearing. After conferring with counsel and by agreement of all,

**IT IS ORDERED** as follows:

1. That a Supervised Release Violation hearing is set for **April 23, 2010**, at 2:30 p.m.; and

2. That counsel and the defendant shall appear at the hearing without further notice or order of the court.

Dated:  January 29, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.