**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00047-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DONALD T. PADEN,

      Defendant.

## MINUTE ORDER[1]

On **February 23, 2011**, commencing at 3:30 p.m., the court shall conduct a Supervised Release Violation hearing.  Counsel and the defendant shall appear at the hearing without further notice or order of the court.

      Dated:  December 15, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.