IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 05-cr-00047-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DONALD PADEN,

      Defendant.

---

**ORDER CANCELLING WRIT OF HABEAS CORPUS AD PROSEQUENDUM
AND DIRECTING DEFENDANT'S FORTHWITH RETURN TO DENVER COUNTY'S
VAN CISE-SIMONET DETENTION CENTER**

---

Upon application of the defendant, and good cause appearing,

IT IS HEREBY ORDERED THAT

the writ of habeas corpus ad prosequendum issued by Order of the United States Magistrate Judge in the above captioned matter on November 29, 2010 (Doc. 98, case number 05-cr-00047 REB) is hereby cancelled and the U.S. Marshal is directed to forthwith return the defendant, Donald Paden, to the Van Cise-Simonet Detention Center, 490 West Colfax Avenue, Denver, Colorado 80204, where he was being held under booking number 2010-045980

12-15-10
Date

Kathleen M. Tafoya
United States Magistrate Judge