**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00047-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DONALD T. PADEN,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter is before the court *sua sponte*.  This matter is set for a revocation of supervised release hearing on February 23, 2011, at 3:30 p.m.  An opening has become available on the court's docket to conduct this hearing at an earlier time on this date.  After conferring with counsel and with their consent,

      **IT IS ORDERED** that the revocation of supervised release hearing set for February 23, 2011, is **VACATED** at 3:30 p.m., and is **RESET** to **2:30 p.m.**, on this date.

      Dated:  February 14, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.