IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00047-REB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DONALD T. PADEN,

        Defendant.

**ORDER CONTINUING SUPERVISION AND
MODIFYING THE CONDITIONS OF SUPERVISED RELEASE**

THIS MATTER was before the Court for a supervised release violation hearing on February 23, 2011, upon report of the probation officer that the defendant has violated the terms and conditions of his supervision. The defendant admits to violations number 1 through 9, as alleged in the attachment to the probation officer's petition. Accordingly, it is

ORDERED that the defendant's term of supervised release be continued and all previously imposed conditions shall remain in full force and effect. He shall continue on electronic monitoring. On obtaining full-time employment or becoming a full-time student in a college or university, the probation officer shall have discretion to modify or terminate the electronic monitoring.

DATED at Denver, Colorado, February 28, 2011.

BY THE COURT:

Robert E. Blackburn
United States District Judge