**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No.   05-cr-00047-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

Donald Paden,

     Defendant.

## ORDER EXONERATING BOND

This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was continued on supervised release after a Petition for Violation of Supervised Release was filed.  As a result, all the conditions of an appearance bond imposed by the court as a post trial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

**ORDERED** that **both the bonds** (one posted 1/27/10 and a second posted 12/15/10) in this case are hereby exonerated and the surety or sureties, if applicable, are released.  It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this 26th day of December , 2011.

                        BY THE COURT:

                        s/ Robert E. Blackburn
                  By:_____
                      UNITED STATES DISTRICT JUDGE
                      DISTRICT OF COLORADO